IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №:2:14-mj-0103  AC |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | **APPOINTING COUNSEL** |
| vs. ) | |
| EDGAR GARCIA-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  8 USC § 1326

CJA Panel attorney Clemente Jimenez is hereby appointed effective May 7, 2014, the date the Office of the Federal Defender first contacted him.

**Appointed counsel is ordered to retain the signed *Financial Affidavit* supporting appointment.**

DATED: May 8, 2014

_allison Clare_
_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL            1