UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>EDGAR GARCIA-GONZALEZ,<br><br>Movant. | No. 2:14-cr-0131-01 KJM<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion styled as a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Although it is not entirely clear, it appears movant seeks an additional downward departure with respect to the guidelines calculation applicable to his sentence in exchange for accepting a final order of deportation.

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days from this order respondent shall file a response to movant's motion. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED: May 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

1