UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0131-01 KJM |
| Respondent, | |
| v. | ORDER |
| EDGAR GARCIA-GONZALEZ, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion styled as a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  ECF No. 19.  By order filed May 5, 2015, respondent was directed to file a response to the motion.  ECF No. 22.  On May 26, 2015, respondent filed a motion to dismiss and, alternatively, an answer to the § 2255 motion, ECF No. 26.

Good cause appearing, IT IS HEREBY ORDERED that movant is granted fourteen days from the date of this order to file and serve a response to respondent's motion to dismiss/answer.  Thereafter, the matter will be submitted for decision.

DATED: June 10, 2015.

_____
UNITED STATES DISTRICT JUDGE

1