UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent,<br><br>　　　v.<br><br>EDGAR GARCIA-GONZALEZ,<br><br>　　　　　　　Movant. | No.  2:14-cr-0131-01 KJM<br><br><br>ORDER |

　　　　Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On May 26, 2015, respondent filed a motion to dismiss and, alternatively, an answer to the § 2255 motion. ECF No. 26. By order filed June 10, 2015, movant was granted fourteen days to file and serve a response to respondent's motion to dismiss/answer. ECF No. 30. The fourteen day period has passed and movant has not filed a response to the motion to dismiss/answer or responded in any way to the court's June 10, 2015 order.

　　　　Respondent seeks dismissal of the § 2255 motion on several grounds, including that movant waived his right to collaterally attack his conviction. *See* ECF No. 26 at 5-6. A criminal defendant may waive the right to bring a collateral attack on a conviction, and the waiver is enforceable as long as it is "knowing and voluntary." *United States v. Abarca*, 985 F.2d 1012, 1014 (9th Cir. 1993). The record reflects that movant knowingly and voluntarily waived his right

1

to bring a § 2255 motion.  *See* ECF No. 26-4 at 17; ECF No. 26-5 at 9.  Accordingly, the § 2255 motion must be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent's May 26, 2015 motion to dismiss, ECF No. 26, is granted;
2. Movant's March 23, 2015 § 2255 motion is dismissed; and
3. The court declines to issue the certificate of appealability required by 28 U.S.C. § 2253(c).

DATED:  November 2, 2015.

_____
UNITED STATES DISTRICT JUDGE