UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>EDGAR GARICA GONZALEZ,<br><br>Movant. | No. 2:14-cr-0131 KJM<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Respondent has moved to dismiss the petition and requests that the court refer the motion to the United States Court of Appeals for the Ninth Circuit.

The court's records reveal that movant has previously filed a motion to vacate, set aside or correct his sentence. The first motion was filed on March 23, 2015. ECF No. 19. By order filed November 3, 2015, the motion was denied on the ground that movant had knowingly and voluntarily waived his right to bring a § 2255 motion. ECF No. 31.

Before movant can proceed with the instant motion, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. *See* 28 U.S.C. §§ 2244(a), 2255(h). "A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals." 28 U.S.C.

1

§ 2255; see also 28 U.S.C. § 2244(b)(3).  Therefore, this petition will be dismissed without prejudice.  Good cause appearing, respondent's request to refer the motion to the United States Court of Appeals will be granted.  *See* Circuit Rule 22-3(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent's August 5, 2016 motion to dismiss is granted;

2. Movant's June 16, 2016 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed without prejudice;

3. In the interests of justice, movant's June 16, 2016 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. §2255 is referred to the United States Court of Appeals for the Ninth Circuit in accordance with Circuit Rule 22-3(a); and

4. The Clerk of the Court is directed to serve a copy of movant's June 16, 2016 motion, ECF No. 32, and a copy of this order on the United States Court of Appeals for the Ninth Circuit.

DATED:  October 31, 2016

_____
UNITED STATES DISTRICT JUDGE